AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

☐ ORIGINAL

| United States of America | ) |
|---|---|
| v. | ) |
| LUKE KENNA, | ) Case No. 1:22-mj-789(CFH) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Luke Kenna,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 [Conspiracy to Commit Bank Robbery]


Date: 12/13/2022

_____
*Issuing officer's signature*

City and state:   Albany, NY

Hon. Christian F. Hummel, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/20/2022, and the person was arrested on *(date)* 12/21/2022
at *(city and state)* Johnstown, NY.

Date: 12/22/2022

_____
*Arresting officer's signature*

Michael P. DiCaprio / Special Agent
*Printed name and title*