IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No. 1:23-cr-00061-BKS |
| ) | |
| v.   ) | **Superseding Information** |
| ) | |
| **LUKE KENNA, aka "Lt.,"** ) | Violation:   18 U.S.C. § 371 [Conspiracy to Commit Bank Robbery] |
| **Defendant.** ) | |
| ) | 18 U.S.C. § 922(g) [Possession of a Firearm by a Prohibited Person] |
| ) | |
| ) | 2 Counts & Forfeiture Allegation |
| ) | |
| ) | County of Offense:   Fulton |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Conspiracy to Commit Bank Robbery]

From on or about November 14, 2022 through on or about November 27, 2022, in Fulton County in the Northern District of New York, and elsewhere, the defendant, **LUKE KENNA, aka "Lt.,"** knowingly, intentionally, and unlawfully combined, conspired, confederated, and agreed with Michael J. Brown, Jr., aka "Russ," and Brian Tierney, aka "Wodanaz," to commit an offense against the United States, that is, to by force and violence, and by intimidation, take from the person and presence of another property, money, and other things of value belonging to, and in the care, custody, control, management, and possession of a bank, to wit, Community Bank, N.A., located at 311 N. Comrie Avenue, Johnstown, New York, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing the offense, to assault and put in jeopardy the life of a person by the use of a dangerous weapon and device, in violation of Title 18, United States Code, Sections 2113(a) and (d).

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, the following overt acts, among others, were committed:

1. On or about November 14, 2022, **LUKE KENNA, aka "Lt."** created a chat titled ":ᚺᚺ: Screenwriters Guild" on the messaging application Threema to plan a bank robbery.

2. On or about November 14, 2022, Michael J. Brown, Jr., aka "Russ," joined the chat.

3. On or about November 14, 2022, **LUKE KENNA, aka "Lt."** created and sent Michael J. Brown, Jr., aka "Russ," a map depicting Community Bank, N.A., at 311 N. Comrie Avenue, Johnstown, New York ("Community Bank").

4. On or about November 15, 2022, Brian Tierney, aka "Wodanaz," joined the chat.

5. On or about November 21, 2022, **LUKE KENNA, aka "Lt."** conducted surveillance of and photographed Community Bank.

6. On or about November 21, 2022, **LUKE KENNA, aka "Lt."** sent Michael J. Brown, Jr., aka "Russ," and Brian Tierney, aka "Wodanaz," the photographs of Community Bank and photographs and video of the planned approach and escape route for the robbery of Community Bank.

7. On or about November 22, 2022, Brian Tierney, aka "Wodanaz," ordered handgun parts for use in robbing Community Bank.

8. On or about November 26, 2022, Michael J. Brown, Jr., aka "Russ," drove from Pennsylvania to Johnstown, New York, where he met with **LUKE KENNA, aka "Lt."** to plan the robbery of Community Bank.

9. On or about November 27, 2022, Brian Tierney, aka "Wodanaz," sent **LUKE KENNA, aka "Lt."** photographs of a handgun and a radio scanning and jamming device for use in robbing Community Bank.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### [Possession of a Firearm by a Prohibited Person]

On or about November 27, 2022, in Fulton County in the Northern District of New York, the defendant, **LUKE KENNA aka "Lt.,"** knowing he had previously been convicted of a misdemeanor crime of domestic violence, knowingly possessed a firearm, that is, a Ruger American 350 Legend-chambered bolt action rifle bearing serial number 690542745, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

## FORFEITURE ALLEGATION

The allegations contained in Count Two of this information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(9), as set forth in Count Two of this information, the defendant, **LUKE KENNA aka "Lt."** shall forfeit to the United States, pursuant to Title 18, United States Code and Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in and used in the knowing commission of such offenses, including, but not limited to:

(a)   One Ruger American 350 Legend-chambered bolt action rifle bearing serial number 690542745.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Dated:   August 17, 2023

                                        CARLA B. FREEDMAN
                                        United States Attorney

                                      By: _____
                                        Alexander P. Wentworth-Ping
                                        Assistant United States Attorney
                                        Bar Roll No. 701897