Luke T. Kenna
Montgomery County Jail
200 Clark Drive PO Box 432
Fultonville, NY 12072



MAY 6, 2024

Chief Judge Brenda K. Sannes
U.S District Court Northern District of New York
James M. Hanley Building 100 S Clinton Street
Syracuse, NY 13261

Dear Honorable Judge Sannes,

I am writing you this letter in regard to my sentancing next month on June 14. I know that you are a busy person so I will get straight to the point. I am writing to ask for your sincere consideration as to an eighteen month time served sentance in my case. I am asking this for multiple reasons that I will briefly lay out here.

First and foremost is that during these past 18 months of incarceration I have had nothing but time to think about my crime and how utterly thoughtless and careless it was for me to cross the line between fantasy and reality when I started to set a plan in motion for the conspiracy of which I have been charged and ultimately pleaded guilty to. And how it affected everyone from my own family to those of my co-defendants and the people of the court etc. I am absolutely ashamed and sincerely sorry for my actions and can honestly say for certain that I will never make such a poor decision again.

Secondly I would like to point out that not only is this my first felony conviction ████████████

████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

And that leads me to my third and most important point of why I feel that an eighteen month time served sentance with probation or parole is justified, is that my wife and children need me at home. They have struggled for the last 18 months without me and most of all my only daughter out of seven children who turns six years old on June 19 and has said multiple times that all she wants for her birthday is for her Daddy to come home and take her to the water park. It just breaks my heart to have missed her last birthday and my youngest two son's first and second and second and third birthdays. In 24 years of being a father I can honestly say that I've never missed any of my childrens birthdays until now. And to miss so many in just the last year and a half really and truly hurts me deep on a level I never thought I could feel such pain. My children are my life and my wife is struggling to take care of everything all by herself. She shouldn't have to do it and I feel that she more than deserves a break and the only way that she can get one is for me to come home.

I can assure you that I have learned my lesson the hardest way I could ever have imagined by being absent from my family's life.

I also would like to point out that mental illness played a major role in my thought process or lack thereof in regard to the crime(s) that I have pled guilty to last year. I had just been discharged from Four Winds Psychiatric Hospital less than one month prior to my arrest in November 2022 and in the 18 months of incarceration I have not received adequate mental health treatment. I feel that if I can be released on a time served sentence then at least I can get back to receiving professional care for my mental illness of which I was just starting to receive before my arrest and incarceration.

It has come to my attention that many of the people who were invoved in the January 6 Capitol riots have been sentanced to less time than I've already served for conspiracy, I don't mean to make my crime seem any less serious but in my personal opinion the attack on our nation's capitol was far more serious of an offense. Again, I know that what I did was wrong and I assume full responsability for my actions. I only hope that I can be released to my family and prove myself worthy of your mercy and return to being a productive member of society.

I have had great success with probation in the past and actually received an early discharge from probation for a misdemeanor conviction in 2019 which was my only other criminal charges or convictionsin over a decade. Again. I am not a career criminal and am absolutely ashamed of and fully repentant for my actions. I believe that I have taken up enough of your time and I thank you in advance for your consideration in this matter.

With all respect and sincerity,

Luke T. Kenna

P.S. — I sincerely hope that you will give serious consideration to allowing me to reunite with my family and to thereby be a positive force in my childrens lives and in my community again as well. I know you won't regret it. Thank you.

Luke T. Kenna

INCARCERATED PERSON: Luke Kenna

Montgomery County Jail
200 Clark Drive  PO Box 432
Fultonville, NY  12072



quadient
FIRST-CLASS MAIL
IMI
$000.64 º
05/16/2024 ZIP 12066
043M31253988

US POSTAGE

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

MAY 2 0 2024

RECEIVED

Chief Judge Brenda K. Sannes
U.S. District Court Northern District of New York
James M. Hanley Building
100 S. Clinton St.
Syaracuse, NY 13261

MONTGOMERY COUNTY JAIL
INDIGENT MAIL

132613610y C061