Honorable Judge Sannes

My name is Raven Winchester, I am Luke Kenna's wife. I was informed by Matthew Trainor, the federal attorney assigned to Lukes case, that I am encouraged to write a character letter to help better understand the defendant as a whole.

This July would be our 7th anniversary. Luke and I have a large mixed family. Luke is the only father that my oldest two boys know to be "dad." Luke has raised my 11-year-old son since he was four. Teaching, guiding, and nurturing a child that is not biologically his.

Together Luke and I have three young biological children ages 2, 3, and 5 years old. Recently the youngest of which was diagnosed with autism disorder and is nonverbal with several services in place for therapy and treatment.

The bonds between Luke and all of our 5 children are immense. Luke has always been a present and persistent parent within all our children's lives. It wasn't until this particular circumstance that there has been a separation between the family unit as a whole and a huge impact on our family unit.

The nature of our relationship could only be expressed and read as a true redemption story. In 2016 when I had met Luke, I was 5 years sober from a intravenous heroin addiction. It wasn't until the summer of 2017 that I met Luke in St. Mary's outpatient rehabilitation I learned that he was still in an active addiction.

For the next year I was his only true support, and through many trials and tribulations I managed to help him break down the chains and the stigmatism of anchoring addictions. By the time our daughter was one years old Luke had already been sober from drugs for about 16

months. It wasn't until he was sober of drugs that I realized Luke has also struggled with a chronic alcohol dependency and severe depression.

In 2019 Luke agreed to self-admit inpatient at White Deer Run once again claiming sobriety but this time free from alcohol and substances. Between the transition from addiction Luke and I had a domestic event that ended that year with some emotional scares and 3 years' probation. And once again we were able to evolve. Luke has always persevered and succeeded when presented with personal tasks of self-growth, when in the proper environmental settings along with determination and support Luke has always succeeded and conquered his goals whether mandated or self-admitted, some of which are early release from NYS probation, the M.A.N program, and his successful time at White Deer Run rehabilitation center.

Luke has always shown that no matter what odds are against him with support he will always take a step in the right direction. And succeed.

Your Honor I don't just consider Luke my husband or the father to my children. I consider him as my strength, the passion to continue and the reason to continue my path of sobriety and even more so as my partner on that journey.

Together Luke and I have not just built a family, we have built a business together that has been started on a foundation of choice of sobriety and change. Luke and I have helped multiple addicts and felons find the correct doors that lead to a life of reformation by bringing to light that the true nature of an addict isn't just the drugs, the crime committed or the diagnosis that follows. It's the acceptance and support that is lacking in a world that addiction has run rapid in by building an amazing business from nothing but the passion to stay alive and sober with the vocation I personally a cured in the department of corrections in 2014 we have offered

multiple different classes and activities to children and adults, group readings, educational information events as well as creating jobs and accepting internships along with much more but not limited to incomparable discounts for the ageing, law enforcement, military students,and healthcare workers.  Luke and I have given back to the community a million times over by turning our negatives into a positive and by building a nurturing business, we have given support and role modeled perseverance while teaching that addiction and mental health do not have to be lifelong set backs, and there is a way as long as you can see the outcome of what it is you truly desire and have the support of others.

    Your Honor mental health and addiction have touched the lives of everyone in some way or another.  The statistics of individuals like Luke and myself already have the odds stacked against us whether in recovery or mental remission is a challenge in itself a setback for many and a death sentence for most.  Luke and I have always been a team working together strategically to uphold our better selves.  We have created a family together teaching all our shortcomings in hopes to fill the gap that statistics allow families like ours to fall through.

    I would like to take a minute to express my true remorse for my actions leading up to the year of his incarceration.  As I explained before Luke and I have always been a team and always have stood by each other.  There has been a time of true struggle and disconnection during covid that has played an immense role on both of our mental health.  In 2021 under the stress of firmly trying to establish ourselves in a new location and building our family I could have given more attention and nurtured my marriage by focusing more on the recognizable depression symptoms that Luke was displaying.  Instead of pulling him in closer and asking how I could help.  Instead through my own shortcomings and postpartum symptoms I pushed him away regretfully demanding him to go get work and find a friend.  When in retrospect I understand that and it's

not all black and white and there are gray areas that could have used more attention.  And it is in those gray areas that we cannot see how we affect one another when we are only focused a task at hand.

Luke and I have spoken in length about how all choices and actions have led up to an unforgettable unbelievable and dishonorable situation.  Luke has expressed to me the amount of remorse for the actions that have led up to his incarceration and he has expressed his understanding of what it is truly at stake.  Our children have been impacted the most and only wish to be reunited with their father, a father that our youngest growing up not to know.

My struggles since Luke has been incarcerated have been immense.  Becoming a single parent in one night is something that I would not wish on anyone.  Losing my business, closing down what once was a strength of the community and my existence and understanding of what our business was and truly doing is heartbreaking not only for myself and family but the loyal and recurring customers that came into our lives.  Relocating and trying to keep the connection within my family unit is a struggle none the most being unable to do everything that I was doing for our family and community because my partner was gone and hit the hardest no longer able to provide for myself and my family I have been forced onto public assistance.  And have been struggling with not making ends meet.  It is in fact a true and honest opinion that if an extended sentence was imposed not only would community resources be continued like public assistance when in other words a family that is willing, able and more than capable of succeeding economically financially and socially would ease the weight on our economic and financial programs.

One of my biggest concerns with an extended sentence is that our children, one of which is developmentally delayed nonverbal autistic will not have a chance to flourish in a two-parent

household with the support that I as a mother could not give with just me being the sole provider and nurturer.

These are just a few reasons why an extended sentence of imprisonment on Luke in my eyes would be detrimental to the community, to our family, and to Luke.

Your honorable Judge Sannes I would like to thank you for your time and your consideration with the matter at hand.

*Raven-Ashley Winchester-Kama*